UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FILE No.: 4:21-cv-122-D

| | |
|---|---|
| TINA MANNING, NORMA GRAY, JUDY MOSES, PAM EVANS, PATRICIA GRIFFIN, MIKE STALLS, ANNA SHAW, DONNA WARD, AND ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>MARTIN COUNTY,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

On motion of Defendant, without objection by Plaintiffs and for good cause shown, all proceedings, discovery and deadlines in this action are stayed pending a final disposition of *Lake v. State Health Plan for Tchrs. & State Emps.*, 380 N.C. 502, 869 S.E.2d 292 (2022) by the United States Supreme Court, whether by denial of the State of North Carolina's petition for certiorari, by substantive decision on the merits or otherwise.

SO ORDERED. This the **10** day of September, 2022

　　　　　　　　　　　　　　　　　　　　Dever
　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　United States District Judge